# Court of Appeals
# of the State of Georgia

ATLANTA, January 31, 2023

*The Court of Appeals hereby passes the following order*

**A23D0207. IN THE INTEREST OF K. M. et al., CHILDREN (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

08921J159 08921J160 08921J161



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 31, 2023.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*